UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN SANDERS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21 CV 152 (JMB) |
| ) | |
| GRIFFIN PERSONNEL GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the parties' joint stipulation for dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of plaintiff's individual claims with prejudice, and the putative class action claims without prejudice.   Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties shall bear their own costs.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of April, 2021.